IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN

    Plaintiff,

    v.

DAWN M. LAURENT, KAREN ANDERSON,
DR. MYIER, DANIEL NORGE,
DAVID MELBY, LUCAS WEBER,
MICHAEL MEISNER, DR. LESER,
OFFICER EXNER, OFFICER RANKER,
OFFICER BOILER, OFFICER KEARNS,
RAY WOOD, MICHAEL MORRISON,
and SANDY HAUTAMAKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-326-jdp

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this ___3ᴿᴰ___ day of April, 2019.

_signature_
James D. Peterson
District Judge

_signature_
Peter Oppeneer, Clerk of Court

4/4/19
Date